# Third District Court of Appeal
## State of Florida

Opinion filed February 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0662
Lower Tribunal Nos. 2000904887 & 13240022334FC

_____

**Ricardo Marrero Carvajal,**
Appellant,

vs.

**State of Florida Department of Revenue, Child Support Program, et al.,**
Appellees.

An Appeal from the State of Florida, Department of Revenue, Child Support Program.

Rafael J. Oropesa, P.A., and Rafael J. Oropesa, for appellant.

James Uthmeier, Attorney General, and Sarah C. Prieto, Assistant Attorney General (Fort Lauderdale), for appellee Florida Department of Revenue.

Before SCALES, C.J., and LOGUE and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>Feliciano v. Dep't of Revenue, Child Support Enf't</u>, 305 So. 3d 801, 803 (Fla. 4th DCA 2020) ("Here, although Appellant provided his financial information, he did not request an administrative hearing and therefore failed to fully participate in the proceedings below. . . . We note that the lack of a hearing and the resulting absence of a transcript provides this Court with little basis to conclude that the Department's final order is not supported by the evidence.").